THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KACIE HERSH,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY LAWRENCE; MICHELLE BLOMQUIST; SHELEIGH HARDING; and MICHELLE JONES,<br><br>    Defendants. | **ORDER ADOPTING [ECF NO. 8] REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00955<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

The Report and Recommendation[1] issued by Magistrate Judge Bennett on February 10, 2025, recommends the court dismiss Plaintiff's action for lack of jurisdiction.[2] Plaintiff was notified of the right to file an objection to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] Plaintiff did not file an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because Magistrate Judge Bennett's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, Plaintiff's action is DISMISSED without prejudice.

    Signed February 26, 2025.

BY THE COURT<br><br>
_____<br>
David Barlow<br>
United States District Judge

---

[1] ECF No. 8, filed February 10, 2025.
[2] *Id.* at 5.
[3] *Id.*